4:33 pm, Jun 09, 2022

JPM:LRO
F. #2021R00345

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT.# 22cr265
DATE: 1/23/24

UNITED STATES OF AMERICA

- against -

JARED GUERRERO,
   also known as "Mayor,"
STEVEN COHEN,
   also known as "Chino,"
WESNER FREDERIQUE,
   also known as "Mafia," and
RUSHEL KATANOV
   also known as "Rush,"

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

1:22-cr-00265(DLI)(MMH)
Cr. No. _____
(T. 21, U.S.C., §§ 841(a)(1),
841(b)(1)(A)(vi), 841(b)(1)(B)(i), 846,
853(a) and 853(p); T. 18, U.S.C., §§ 2
and 3551 et seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Distribute and Possess
with Intent to Distribute Controlled Substances)

1.    In or about and between December 2020 and February 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JARED GUERRERO, also known as "Mayor," STEVEN COHEN, also known as "Chino," WESNER FREDERIQUE, also known as "Mafia," and RUSHEL KATANOV, also known as "Rush," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute one or more controlled substances, which offense involved (a) a substance containing heroin, a Schedule I controlled substance; (b) a substance containing N-phenyl-N-[l-(2-phenylethyl)-4 piperidinyl] propanamide

2

("fentanyl"), a Schedule II controlled substance; and (c) a substance containing an analogue of fentanyl, to wit: para-fluorofentanyl, a Schedule I controlled substance, contrary to Title 21, United States Code, Section 841(a)(1). The amount of heroin, fentanyl and analogue of fentanyl involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was (a) 100 grams or more of a substance containing heroin, (b) 400 grams or more of a substance containing fentanyl, and (c) 100 grams or more of a substance containing an analogue of fentanyl.

(Title 21, United States Code, Sections 846, 841(b)(1)(A)(vi) and 841(b)(1)(B)(i); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Distribution of and Possession with Intent to Distribute Controlled Substances)

2. In or about and between December 2020 and February 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JARED GUERRERO, also known as "Mayor," STEVEN COHEN, also known as "Chino," WESNER FREDERIQUE, also known as "Mafia," and RUSHEL KATANOV, also known as "Rush," together with others, did knowingly and intentionally distribute and possess with intent to distribute one or more controlled substances, which offense involved (a) 100 grams or more of a substance containing heroin, a Schedule I controlled substance; (b) 400 grams or more of a substance containing fentanyl, a Schedule II controlled substance;

3

and (c) 100 grams or more of a substance containing an analogue of fentanyl, to wit: para-fluorofentanyl, a schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi) and 841(b)(1)(B)(i); Title 18, United States Code, Sections 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3. The United States hereby gives notice to the defendants that, upon their conviction of either of the offenses charged herein, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offenses to forfeit: (a) any property constituting, or derived from, any proceeds obtained directly or indirectly as a result of such offenses, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

4

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2021R00345
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

JARED GUERRERO, *also known as* "*Mayor,*" STEVEN COHEN, *also known as* "*Chino,*" WESNER FREDERIQUE, *also known as* "*Mafia,*" *and* RUSHEL KATANOV, *also known as* "*Rush,*"

Defendants.

## INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(B)(i), 846, 853(a) and 853(p); T. 18, U.S.C., §§ 2 and 3551 et seq.)

*A true bill.*

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $

*Lindsey R. Oken, Assistant U.S. Attorney (718) 254-6516*